Eastern District of Kentucky
**FILED**
NOV 18 2022
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

**UNITED STATES OF AMERICA**

V.  INDICTMENT NO. 6:22-CR-67-CHB
    21 U.S.C. § 841(a)(1)

**TINA MARIE SEABOLT**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about October 5, 2022, in Bell County, in the Eastern District of Kentucky,

**TINA MARIE SEABOLT**

did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

A TRUE BILL

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
FOREPERSON

_____
**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

## PENALTIES

Not less than 5 years nor more than 40 years imprisonment, a fine of not more than a $5,000,000, and at least 4 years supervised release.

**PLUS:**　　Mandatory special assessment of $100.

**PLUS:**　　Restitution, if applicable.